1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. MATTHEWS, | ) |
| Plaintiff-Appellant, | ) ) ) |
| v. | ) ) |
| UNITED STATES PATENT AND | ) ) |
| TRADEMARK OFFICE, *et al.*, | ) ) |
| Defendants. | ) ) |

Case: 1:26–cv–00403
Assigned To : Unassigned
Assign. Date : 2/5/2026
Description: Pro Se Gen. Civ. (F–DECK)

Civ. A. No. _____

## PETITION FOR REVIEW OF FINAL DECISION AND/OR REJECTION WITHIN THE TIME ALLOWED THE DATE THE PLAINTIFF-APPELLANT BECAME AWARE OF THE UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO) "ERROR" IN DEACTIVATING ACCOUNT WITHIN 63 DAYS OF THE DATE OF DISCOVERY OF "ERROR" AS DECEMBER 4, 2025.

Ia.

1. Robert R. Matthews, Inventor User Account Formal Petition to the

   United States District Court for the District of Columbia for decision


RECEIVED

FEB 05 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

for Reactivating Robert R. Matthews, Inventor User Account within

63 days of the date of discovery of "error" as December 4, 2025, with

previous written disclosure in correspondence addressed to the

USPTO.

2. Robert R. Matthews, Inventor User Account Formal Petition to the

United States District Court for the District of Columbia for Waiver of

fee and any other fee for Formal Petition to the United States District

Court for the District of Columbia decision for Reactivating Robert R.

Matthews, Inventor User Account due to "Good Cause Unintentional

Delay," with written arguments provide below.

3. Robert R. Matthews, Inventor User Account Clear Statement of Proof

Entitlement to Reinstatement "Intent to Pay All Issue Fees" and

Statement of "Preparing to Pay Important to the Patent Examination

Process Issue Fees in 2026 Approximately $244,000.0 of Payments

Through Partnership" for all Small-Entity Status, Utility -

Nonprovisional Applications filed under 35 USC 111(a) Patent

Application Specifications each one-by-one purposeful continuation

in part no more than 36 months prior to the current year Petition for

Revival of an Application for Patent Abandoned Unintentionally Under 37 CFR 1.137(a) "Each Patent With Clear Statement of Proof Entitlement to Reinstatement Exactly One New Improvement Upon At Least One Novel Innovation and Inventorship" and/or Utility - Nonprovisional Applications filed under 35 USC 111(a) Patent Application Specifications 2025 Filing Each Four (4) Chronologically "In-Order of the Time-of-Day, to the Previously Filed Same-Day-Filing," and Thus, Since the Year 2025 and Earlier Previous Years No More Than 36 Months Prior to the Current Year Petition for Revival of an Application for Patent Abandoned Unintentionally Under 37 CFR 1.137(a)," in accordance with the USPTO, Directors "New Rule," always avoiding "Parallel Filings."

4. Robert R. Matthews, Inventor User Account Clear Statement of Proof Entitlement to Reinstatement USPTO "Error," in deactivating User Account, on, November 13, 2025, the E-mail received from: PATENTINVESTIGATES@USPTO.GOV deactivated EFS-Web, Robert R. Matthews, Inventor User Account "D.O.B. 06/14/1966, and SSN# 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."

5.  Robert R. Matthews, Inventor User Account Clear Statement of Proof
    Entitlement to Reinstatement "Good Cause Unintentional Delay,"
    "Unintentionally Failing to Pay USPTO Patent Issue Fees On-Time
    and Failing to Pay USPTO Patent Issue Fees Unintentionally Delayed
    for Long Periods of Time."

6.  Robert R. Matthews, Inventor User Account Clear Statement of Proof
    Entitlement to Reinstatement "Financial Disclosure," that he is
    "receiving 100% disability compensation from the Veterans
    Administration (VA) for a physical disability and receiving Social
    Security Disability Insurance (SSDI) from the Social Security
    Administration (SSA) and has been receiving both benefits beginning
    in the year 2008," and Statement "the amounts that he receives in
    disability compensation is not sufficient alone to pay USPTO patent
    issue fees in-order-to initiate the Patent Examination Process."

7.  Robert R. Matthews, Inventor User Account Clear Statement of Proof
    Entitlement to Reinstatement "Purpose, Innovation, Novelty and
    Inventorship:" In his own words, Robert R. Matthews, Inventor User
    Account Statement "continued filings are improvements for a single
    patent technology or novelty" and Statement he is applying for

pursuant to a 37 CFR 5.2 Secrecy Order having "A Purpose, Innovation, Novelty and Inventorship:" including and not limited to a unified "field theory," novel theory of "sub-plasma" and novel applications for "breeding tritium production". In his own words, Robert R. Matthews, Inventor User Account Statement "this utility patent application specification begins with: The structure of a finite space F is given, we apply our general action to the space (continuum) × F to get the standard model action. An interpretation, of a geometric nature, high-energy physics; corresponding to a finite difference; and we give necessary and sufficient condition for a differential we have a superconductor nondegenerate 2-form structure in potential theory complex analysis proves invaluable mathematical physics expressions having an infinite potential;" In his own words, Robert R. Matthews, Inventor User Account Statement "two carriers the unit cell contains one formula unit N the number of atoms in the unit cell, isometric system layered superstructures-modes; superlattice stacked membrane sheet $T_N = N$, one-to-one 1-1 structure correspondence between subspaces of an analytic subalgebra of M which is determined by an action $\{at\}t \in R$ and cocycles for $\{at\}t \in R$ superstructure superlattice stacked membrane sheet 0.480 micrometer μm (480 nanometers (2-

D)-wires 24 monolayers) superstructure-rigid toroid disk, or cable) the conventional superconductor superlattice;" In his own words, Robert R. Matthews, Inventor User Account Statement "these create the extremely precise dielectric subspaces needed for advanced engineering and design optimizations for fusion, plasma, atomic gases, and Hermitian solutions, propulsion systems isotypic components written in my Utility Patent Application Specification that are highly novel and appear to have national security significances based upon their uniqueness and potential for production;" In his own words, Robert R. Matthews, Inventor User Account Statement "a single ergodic automorphism, pre-dual, amenable group actions, penrose aperiodic monotile (n) and modulation theory" behind the invention are "the integral homology cobordism group Donaldson's famous theorem the intersection forms of smooth 4-manifolds the Poincaré homology sphere (2, 3, 5) has infinite order in this group. M. Furuta found a family of Brieskorn spheres which generates a subgroup of infinite rank;" "N. Saveliev showed, using the w-invariant, that a Brieskorn sphere with non-trivial Rokhlin invariant has infinite order in the integral homology cobordism group;" In his own words, Robert R. Matthews, Inventor User Account Statement

"in order to accomplish this, the inventor, through mathematical formulism, demonstrates to the USPTO during the Patent examination process (math professors teach) first how to "fix the automorphism," which is the correct initial design behind inventing the novel isotypic component toroidal disks which was based upon what the NASA fermion laboratory discovered in 2014; the "nuclear mathematics" of Bloch equations applied; "electron vortex beam waves having rotational symmetry in-plane the Bloch equations are a set of 'macroscopic' equations that are used to calculate the nuclear magnetization $M = (Mx, My, Mz)$ as a function of time when relaxation times T1 and T2 are present; and ergodic theory of amenable group actions novel application silent attenuations mode transformation ionic noise (volumetric) mode) hyperbola, or 1/2 tetrahedral plane shape side $B_\sigma n_{=0}$, and $B_\sigma n_{=2}$ our n-body problem electron vortex beams shape object plane, a crystal lattice with a tetrahedral structure, particularly one associated with the Miller indices (222), the term arises because this plane intersects the crystal axes at half the unit distance, a necessary requirement for determining the planes and directions within a crystal lattice;" demonstrating to the USPTO during the Patent examination process how the invention

from its concept is so crucially important to calculations and scientific predictions with the invention of toroidal disks; "the w-invariant is important as it relates to atomic gases and plasma; dielectric cable transmission-line; cable and coil engineering; solar energy production; concrete; iron foundry; steel; benzene rings from methane production; and mixing matrix theory etc." In his own words, Robert R. Matthews, Inventor User Account Statement "When the positive, and negative energy precisely compensate the losses (dW/dt ≤ 0), the ring of invariants C[X] G is finitely generated, then form rings effectively ( tE of electrons the corresponding fixed field, denoted EH, is the set of those elements of E which are fixed by every automorphism in H. We shall now fix our notations, as far as the simple classification of inner periodic automorphisms is concerned, for the case of factor N of type II1 with canonical trace τ(τ(1)=1). Let α=Ad U be periodic, then the unitary U which is uniquely determined by α to multiplication by a λ∈C, |λ|=1, has the property that UP is a scalar λ0 for p=period α. It follows that U is a finite linear combination of its spectral projections corresponding to the pth roots αj of λ0, say U = ΣPj=1 αjej, where ej is the spectral projection of U corresponding to {αj}. The Hilbert space representation of A is given by two copies of H, H+⊗H

'Helicoid' twins the first convex set, the geometry of the finite set counter rotating spirals extension of geometric invariance groups (GIT) to higher symmetry groups including time-reversal operation the specific Coulomb interaction, there are two vector integrals of motion: J – the angular momentum vector, and X – the Laplace-Runge-Lenz vector, $X = p \times J - rr - 1$. The geometric completion of alternate polarity toroid disk; or cable negatively charged ions (anions) unit cell cable polarization, $\varphi 0$ and $\varphi 1$ separate 20 nm unit cell binary cable terminated by functional groups have a layered hexagonal structure with P63/mmc symmetry, the foliation (V,F) has some leaf of sub-exponential growth and let Lj be an associated averaging sequence in perfect analogy with the usual Riemann-Roch theorem, with the counting of poles and zeros replaced by the counting of their densities noncompact manifolds of sub-exponential growth independent of any foliation with transverse measure dielectric capacitance asymptotic carrier load isometric immersion cooling technology transmission-line $\Phi$ dielectric cable (3-D) spaces $\Phi$ as dielectric—liquid nanocrystal, fluorinated enantiomeric fluoroenantiomers mirror-image molecules with fluorine and the same connectivity superacid systems of aqueous solution dielectric

fluxuations the structure of a finite space F is given, solid domain the ground-state isotypic component we apply our general action to the space (continuum) × F to get the standard model action; liquid nanocrystal; and gas immersion/dispersion technology cooling oriented, n, the long axes of the molecules will tend to align in this direction, the ground-state structure of the Xenon (Xe); Xenon (Xe) as a complex ligand: the 4(Sb2F−11)2 cation in Xenon+; or Argon (Ar) noble gas." In his own words, Robert R. Matthews, Inventor User Account Statement he is applying for pursuant to a 37 CFR 5.2 Secrecy Order having "A Purpose, Innovation, Novelty and Inventorship:" and knows that there is a clear and convincing opportunity to create a Partnership with important inventors holding U.S. Patent Applications with the USPTO in Alexandria, VA that currently have 37 CFR 5.2 Secrecy Orders. This Utility Patent Application Specification is in perfect alignment with the U.S. Department of Energy (DOE) demand for fusion and plasma innovation "focusing on American energy dominance, innovation, and increasing affordable energy sources."

8. In his own words, Robert R. Matthews, Inventor User Account Clear
   Statement of Proof Entitlement to Reinstatement according to USPTO's
   Nonprovisional (Utility) Patent Application Filing Guide for formatting and
   filing details the USPTO doesn't have a strict maximum page limit for patent
   applications, but large applications (over 20 pages for the
   specification/drawings) incur extra fees (Application Size Fee) beyond 20
   pages, with charges for each additional 50-page increment. In his own
   words, Robert R. Matthews, Inventor User Account Clear Statement of Proof
   Entitlement to Reinstatement "the amounts he receives in disability
   compensation is not sufficient alone to pay USPTO patent fees;" "previous
   purposeful applications filed by Robert R. Matthews, Inventor User
   Account, have been filed without any fees being paid." In his own words,
   Robert R. Matthews, Inventor User Account Clear Statement of Proof
   Entitlement to Reinstatement USPTO Policy that the Specifications over
   4000 pages large page number count are clear statement of proof entitlement
   to reinstatement exactly in order that they appear at the present time
   providing a full indication of the relevance of the information provided.
   Claims over 4000 pages large page number can be redacted to less than 100
   pages during the Patent examination process. In his own words, Robert R.
   Matthews, Inventor User Account Clear Statement of Proof Entitlement to

12

Reinstatement USPTO Policy the over 4000 pages for Claims and the over 4000 pages for Specifications, the Utility Patent Application examination process issue fees can be paid in the near future. The large page number are very important in that the variable actual length of which having extensive documents due to the invention's complexity of isotypic components particular to this invention which will be revealed in the Claims clear statement of proof entitlement to reinstatement exactly in order that they appear now and can be redacted to less than 100 pages during the Patent examination process. The Specifications clear statement of proof entitlement to reinstatement exactly in order that they appear now provide a full indication of the relevance of the information provided.

Dated: Thursday, February 5, 2026

Respectfully submitted,

Robert R. Matthews, Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff-Appellant's "PETITION FOR REVIEW OF FINAL DECISION AND/OR REJECTION WITHIN THE TIME ALLOWED THE DATE THE PLAINTIFF-APPELLANT BECAME AWARE OF THE UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO) "ERROR" IN DEACTIVATING ACCOUNT WITHIN 63 DAYS OF THE DATE OF DISCOVERY OF "ERROR" AS DECEMBER 4, 2025" was served, to Plaintiff, by hand delivery on this 5th day of February 2026.

to: MAIL STOP APPEAL BRIEF

Commissioner for Patents

P.O. Box 1450

Alexandria, VA 22313-1450

Dated: February 5, 2026

Respectfully submitted,

Robert R. Matthews, Plaintiff-Appellant